UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Faizan: Shoaib El Bey
(Ex. Rel. CHRISTEN CONYERS)

Write the full [name] of each plaintiff.

18CV8066

(Include case number if one has been assigned)

-against-

MARK RYAN DWYER

**COMPLAINT**

Do you want a jury trial? with a jury of
☑ Yes  ☐ No  my peers - they must be Moorish American

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☑ Diversity of Citizenship

A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

USC 18 §2382 MISPRISON OF TREASON, USC 18 §241 - CONSPIRACY AGAINST RIGHTS, USC 18 §242-DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, USC 42 §1983-CIVIL ACTION FOR DEPRIVATION OF RIGHTS, USC 42 1985-CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS, USC 42 §1986 -ACTION FOR NEGLECT TO PREVENT

B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Faizon Shoaib El Bey, is a citizen of

Northwest Amexum.

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _MARK RYAN DWYER_, is a citizen of the State of
(Defendant's name)

_NEW YORK_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _MARK RYAN DWYER_, is incorporated under the laws of the State of _NEW YORK_

and has its principal place of business in the State of _NEW YORK_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Faizan Shoaib El Bey._

_C/o 830 Amsterdam Ave Apt. 17C_
Street Address

_[ New York ]_     _New York_     _10025_ ]  Northwest
County, City        State          Zip Code        Amexum

_917 946 5370_     _C/o philippinedreamz@gmail.com_
Telephone Number   Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  MARK / DWYER, R.
First Name / Last Name

ATTORNEY, ACTING MAGISTRATE
Current Job Title (or other identifying information)

N.Y. CO. NEW YORK SUPREME COURT 100 CENTRE ST. RM 1710
Current Work Address (or other address where defendant may be served)

NEW YORK       NEW YORK       10013-4308
County, City            State            Zip Code

Defendant 2: _____
First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State            Zip Code

Defendant 3: _____
First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State            Zip Code

Defendant 4:

First Name     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City     State     Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Manhattan Crim. Court 100 Centre St. N.Y. N.Y. 10013 part 41

Date(s) of occurrence: Multiple Court Appearances Between 3/28/18 - Til Present

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On March 28, 2018, Mark R. Dwyer arraigned a initial court hearing that was the result of my physical live, human being, flesh & blood person being kidnapped by N.Y.P.D. enforcers. He acted as the Magistrate presiding over this fictitious criminal case, issued a ransom for my release ($200,000 cash, over 300,000 Bond Bail) and order that I be held on Department of Corr. property illegally. On several special court appearances he has denied me due process, violated my constitutional rights and refused to release my live physical being from Rikers Island. I have been denied council of my choice, denied to speak in propria persona in my own defense and deprived of life, liberty and limb. Mark R. Dwyer addresses me as a corporate entity/corporate fiction/strawman when I have objected to

Page 5

being addressed as anything other than my De Jure Appelation, Faizan Shoaib El Bey. Mark R. Dwyer has violated the "Treaty of Peace and Friendship" of "January 1787" between the United States Republic and Morrocco. Mark R. Dwyer is registered as a practicing Attorney/Lawyer and yet he sits on a bench as an Acting Judge. He is practicing 'Statutory Law' as a Lawyer from the Magistrates Bench.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental Anguish, Emotional Depression, Physical Agony, Spiritual and Religious Deprivation. I've been denied what the Constitution entitles and affords me and deprived of life, liberty, limb, and the pursuit of happiness. I've been kidnapped and enslaved.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$2,000,000 as well as all Miller Act Bonds, 1099OID & 1099 INT tax forms released to me immediately. As well as my immediate release with all records, documents and files, discharged & relinquished to me.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 8/28/2018

Plaintiff's Signature: Faizan Shoaib El Bey

Faizan Shoaib El Bey
Appellation

Street Address: 830 Amsterdam Ave. Apt. 17C

County, City: New York    State: N.Y.    Zip Code: 10025    Northwest Amexum

Telephone Number: 917-946-5370    Email Address (if available): c/o philippinedreamz@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.